The People of the State of New York, Respondent, 
against
Roberto Figuereo, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Louis L. Nock, J.), rendered May 24, 2017, convicting him, upon his plea of guilty, of driving while ability impaired, and imposing sentence.




Per Curiam.
Judgment of conviction (Louis L. Nock, J.), rendered May 24, 2017, affirmed.
Defendant's constitutional speedy trial claim is unreviewable, because he has not supplied the minutes of approximately 14 of the relevant adjournments dates (see People v Singh, 156 AD3d 437 [2017], lv denied 31 NY3d 987 [2018]; People v Thomas, 128 AD3d 440 [2015], lv denied 25 NY3d 1208 [2015]; People v Arroyo, 93 AD3d 608, 609 [2012], lv denied 19 NY3d 957 [2012]; People v Castillo, 265 AD2d 188 [1999], lv denied 94 NY2d 878 [2000]) and, in fact, actively opposed the People's attempt to supply the missing minutes (see People v Olivo, 52 NY2d 309, 320 [1981]). To the extent that the limited record before us permits review, we find no violation of defendant's constitutional right to speedy trial (see People v Taranovich, 37 NY2d 442, 445 [1975]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: October 24, 2019